# State of FLORIDA
## ARBITRATION/MEDIATION AGREEMENT

Both the undersigned Rent-A-Center customer and Rent-A-Center agree that any and all disputes or claims now existing or hereafter arising from the customer's relationship with Rent-A-Center or any matter connected with therewith is arbitrable and will be settled by binding arbitration. This agreement encompasses, but is not limited to, debt collection or business practices, torts or alleged violations of civil or constitutional rights. **It does not apply to criminal proceedings.** The arbitration proceedings shall be conducted under the Commercial Arbitration Rules of the American Arbitration Association in effect at the time a demand for arbitration is made. A decision and award of the arbitrator made under the said rules shall be conclusive, final and binding on both the undersigned Rent-A-Center customer and Rent-A-Center, their heirs, executors, administrators, successors and assigns. The costs and expenses of the arbitration shall be borne by Rent-A-Center but each party will pay his/its own attorney's fees. This Agreement to arbitrate the Rent-A-Center's customer's dispute or claim shall, with respect to such dispute or claim, survive the expiration or termination of his/her Rent-A-Center Lease Purchase Agreement. **No class action arbitration is allowed under this Agreement and there shall be no joinder of parties to any arbitration.** The undersigned Rent-A-Center customer and Rent-A-Center agree that this agreement is subject to and governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq.

**The undersigned Rent-A-Center customer understands and agrees that he/she is giving up the right to seek remedies in Court including the right ot a jury trial and, potentially, to file a class action lawsuit.**

MPTARB1 v 1.0 cre 10/2/15