In addition to the foregoing, the undersigned Rent-A-Center customer, if he/she chooses, may request, before binding arbitration, a mediation conference with respect to any and all of, his/her disputes or claims. If the undersigned Rent-A-Center customer chooses mediation, the mediation conference will be scheduled at the earliest possible time before a certified mediator or member of the Local Bar selected by Rent-A-Center in consulation with the undersigned Rent-A-Center customer. The undersigned Rent-A-Center customer understands and agrees that the mediation conference option is supplemental to and not in derogation of the foregoing binding arbitration agreement. The costs and expenses of the mediator and the mediation conference shall be borne by Rent-A-Center.

Notwithstanding any other provision herein, either party to this Agreement may bring an action in Small Claims Court to address matters within the jurisdiction of that Court. Any appeal of a judgement from such Court shall be resolved by binding arbitration as set forth herein.

This the __28th__ day of 20__19__.

_____  _____
Witness                Customer Signature