# Exhibit A

# RENTAL-PURCHASE AGREEMENT

**TERMS OF AGREEMENT:** As used in this Agreement, "you" and "your" mean the person(s) signing the Agreement as lessee/renter/consumer; "we" and "our" mean the lessor/owner (the rental company); "property" means the items described in the disclosures; and "lease," "agreement" and "contract" mean this Rental-Purchase Agreement including the disclosures.

## RENTAL-PURCHASE DISCLOSURES

Date: Sep 28, 2019  Agreement Number: 31502451
Lessor: Impact RTO Florida LLC  Lessee: BAKER, GREGORY
d/b/a Rent-A-Center
3863 S NOVA RD
PORT ORANGE  FL 32127   121 TUSCANY CHASE DR
(386) 760-7777 LOC: 315-M   DAYTONA BEACH  FL 32117
   (386) 631-2220 MAP CODE: 1   RT: 01

**RENTAL TERM:** Weekly   Rental payments are due at the beginning of each term that you choose to rent the property. There are no refunds if you choose to return the property before the end of the term.

**DESCRIPTION OF PROPERTY:**

| Item # | Item Description | Serial # | Model # | This Property Is |
|---|---|---|---|---|
| 31000409 | FURNITURE /BEDROOM | S500267182 | B221 | USED |
| 31500928 | FURNITURE /QUEEN MATTRES | QUEEN | 52301151 | USED |

**INITIAL PAYMENT:** Your initial payment is due before delivery of the property and will include the following charges:

| Rental Payment | Optional Liability Damage Waiver | Tax | Total |
|---|---|---|---|
| $31.99 | $3.20 | $2.30 | $37.49 |

**RENEWAL PAYMENTS:** You are not obligated to renew this Agreement beyond the initial term. However, if you choose to renew this Agreement beyond the initial term, or beyond any subsequent renewal term, you may do so by making an advance rental payment on the Saturday of each Week, or you may choose to make advance rental payments on a Semi-Monthly or Monthly basis. Payments for less than the weekly amount will be prorated. Based on the initial rental payment, and any free rent allowance provided, your first renewal payment is due on Saturday Oct 05, 2019

| Payments | Rental Payment | Optional Liability Damage Waiver | Tax | Total |
|---|---|---|---|---|
| Weekly | $31.99 | $3.20 | $2.30 | $37.49 |
| Semi-Monthly | $63.98 | $6.40 | $4.59 | $74.97 |
| Monthly | $138.61 | $13.86 | $9.92 | $162.39 |

**THE CASH PRICE OF THE PROPERTY:** $1,663.48 plus tax.

**TOTAL COST:** If you choose to rent to own you must renew this lease for the following number of weeks or months. The Total Cost includes all costs included in the initial rental payment but does not include other charges you may incur.
104 Weeks at $31.99 /wk. for a total cost of $3,326.96 .
48.0 Semi-Months at $63.98 /mo. for a total cost of $3,071.04.
24.0 Months at $138.61 /mo. for a total cost of $3,326.64.

**EARLY PURCHASE OPTION:** You have the option to purchase the rental property during the term of the rental-purchase agreement. If you request the exercise of your early purchase option within the first 180 days after the date of this agreement, you can purchase the property by paying us an amount equal to the Cash Price minus the total of all rental payments made by you, plus tax. If you request the exercise of your early purchase option after the 180-day period, you may purchase the property by the payment of 50% of the remaining total of rental payments calculated at that time, plus tax.

**REINSTATEMENT:** If you fail to make timely rental payments, but promptly surrender the rental property to us, you have the right to reinstate the original rental-purchase agreement within 60 days after the expiration of the last rental term for which a timely payment was made, without losing any rights or options previously acquired, by paying all past due rental payments and other charges that are due. If reinstatement occurs, we shall provide you with the same property rented by you prior to the reinstatement or with substitute property of comparable quality and condition.

**OTHER CHARGES:**
Optional Liability Damage Waiver Fee   Late Fee
$13.86 /Month  $6.40 /Semi-Month  $3.20 /Week   $5.00 for any rental renewal payment made after the due date.

**RISK OF LOSS AND DAMAGES:** You are liable for loss, damage in excess of normal wear and tear or destruction to the rental property.
**MAINTENANCE:** We are responsible for maintaining or servicing the rented property. We will not be responsible for the costs or the results of any unauthorized repairs or damage caused by improper use.
**TERMINATION:** You may end this agreement at any time, without penalty, by returning the property to us in good condition. This agreement ends if you do not renew it or if you breach this agreement. If this agreement ends, you must pay us rent that comes due until we recover the property. If this agreement ends, you may have reinstatement rights.
**WARRANTY:** If, at the time you acquire ownership of the property, any part of a manufacturer's warranty covering the rental property exists, such warranty will be transferred to you, if allowed by the terms of the warranty.
**ASSIGNMENT:** We may sell, transfer, or assign this Rental-Purchase Agreement, but agree to notify you of any change.
**TYPE OF TRANSACTION:** THIS IS A RENTAL TRANSACTION.
**OUR RIGHTS TO TAKE POSSESSION:** If you do not renew this lease or if you breach this lease, we have the right to possession of the property. If this happens, you agree to return the property or make arrangements for us to take possession of it. If you fail or refuse to comply with this requirement, you agree to pay our costs incurred in taking possession of it.
**TITLE AND TAXES:** We retain title to the property at all times and will pay any taxes which might be levied on the property.
**FORBIDDEN ACTS:** You cannot sell, mortgage, pawn, pledge, encumber, hock or dispose of this property. Except for property that is designed to be carried by the person, you cannot move the property from your current residence without our consent. Each of these acts is a breach of this lease.
**ARBITRATION:** An Arbitration Agreement comes with and is incorporated into this rental purchase agreement. You should read the Arbitration Agreement before signing this agreement.
**RESPONSIBILITY FOR DAMAGE OR INJURY:** You hereby agree that you are exclusively responsible for any damage or personal injury caused by the property subject to this Rental (Lease) Purchase Agreement while it is in your possession and further agree to hold the Lessor/Owner harmless for any such damage or injury.
**LIFETIME REINSTATEMENT:** If you fail to make a timely payment, this agreement will automatically terminate. If this agreement expires and you return the property to us, upon your request, you may reinstate the agreement at any time where you left off without losing any of the rent you paid on this agreement. In order to reinstate the agreement you must pay your past due rental renewal charges and all accrued reinstatement or late fees. If reinstatement occurs, we shall provide you with the same property or substitute property of comparable quality and condition.
**CONSENT/AUTHORIZATION FOR CUSTOMER CONTACT:** You hereby consent to and authorize Rent-A-Center, its employees, affiliates, and agents (collectively "Rent-A-Center") to initiate automated or manual telephone or electronic contact with you for the purpose of discussing our business relationship, account status, promotional activities or opportunities, and participation in surveys. This contact may take the form of direct telephone communication, recorded audio, email messages, text messages, or messages over various social media platforms (Facebook, Twitter, LinkedIn, etc.).
**ELECTRONIC DEVICE LOCKDOWN:** If you do not make your renewal rental (lease) payments in a timely fashion on any electronic device you are renting (or leasing) (e.g., computers, smartphones, ipads), or if you report the device lost, stolen or broken, you understand and agree that we may employ software or equipment to "lock-down" or shut off the device rendering it inoperable.
**RETRIEVAL OF RENTED MERCHANDISE:** If you vacate your premises leaving the rental merchandise behind, you hereby constitute us as your agent to retrieve the merchandise from the owner, landlord or property manager and expressly release and hold harmless those involved in the retrieval or delivery of the merchandise.
**INCORPORATION BY REFERENCE.** The Exhibits attached hereto and referred to herein, are hereby acknowledged to be true and accurate, and are incorporated herein by this reference.

**NOTICE TO THE LESSEE:**
(a) Do not sign this rental-purchase agreement before you read it, including the Arbitration Agreement, or if it contains any blank spaces.
(b) You are entitled to an exact copy of the rental-purchase agreement you sign. Keep it to protect your legal rights.
(c) Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due (including costs for damage to the property or equipment) are evidence of abandonment or refusal to redeliver the property, punishable in accordance with section 812.155, Florida Statutes.

Date: _____   Lessee: X _____
Lessor: _____   Lessee: _____

MPTFL1 v 2.1 updt 3/6/17

### Courtesy Waiver*†
The remaining rental payment(s) will be waived in the event of the death of any member named on the rental agreement(s).
- Must be a member for 90 consecutive days before eligibility begins and eligibility continues as long as you remain a member in good standing.

**The following situations are not covered:**
- Suicide and/or drug overdose unless said overdose is while under the care of a licensed physician.
- A member's death as a direct result or action of a family member or any person(s) listed on the rental agreement(s).
- Courtesy Waivers filed after 90 days from the date of loss.

### Disclosures: The discount medical, health and drug benefits (The Plan) are NOT insurance, a health insurance policy, a Medicare Prescription Drug Plan or a qualified health plan under the Affordable Care Act.
The Plan provides discounts for certain medical services, pharmaceutical supplies, prescription drugs or medical equipment and supplies offered by providers who have agreed to participate in The Plan. The range of discounts for medical, pharmacy or ancillary services offered under The Plan will vary depending on the type of provider and products or services received. The Plan does not make and is prohibited from making members' payments to providers for products or services received under The Plan. The Plan member is required and obligated to pay for all discounted prescription drugs, medical and pharmaceutical supplies, services and equipment received under The Plan, but will receive a discount on certain identified medical, pharmaceutical supplies, prescription drugs, medical equipment and supplies from providers in The Plan. The Discount Medical Plan/Discount Plan Organization is Alliance HealthCard of Florida, Inc., 2711 North Haskell Avenue, Suite 800, Dallas, TX 75204. You may call 1-888-770-4123 for more information or visit racbp.mymemberguide.com/locate for a list of providers. The Plan will make available before purchase and upon request, a list of program providers and the providers' city, state and specialty, located in the member's service area. Alliance HealthCard of Florida, Inc. does not guarantee the quality of the services or products offered by individual providers. You have the right to cancel your membership at any time. If you cancel your membership within 30 days of receiving your membership card and the membership materials, you are entitled to a full refund of membership fees paid. Please notify the store where you purchased your membership to obtain any refund due. **Note to MA consumers:** The Plan is not insurance coverage and does not meet the minimum creditable coverage requirements under M.G.L.c. 111M and 956 CMR 5.00.

### Dental Discounts* *(Not available in WA)*
Members receive discounts of 15% - 50% on routine check-ups, fillings, crowns, braces and even cosmetic work from participating providers.
- Some services are excluded and providers are not obligated to charge members any specified rates for excluded services.
- Participating specialty dentists provide a minimum discount of 20% off normal retail charges (15% for MN specialty dentists).
- Savings can vary by location and provider and lab fees are additional.

### Prescription Savings (Open Formulary)* *(Not available in WA and Puerto Rico)*
Benefit provides an average of 31% off the retail price of generic drugs, 15% off the retail price on brand name drugs at participating retail pharmacies and 50% on select generic medications when ordering through the mail.

### Vision & Eyewear Savings* *(Not available in WA)*
Members save 35% off normal retail prices on frames (complete pair), 20% off lens add-ons and 5% off the promotional price or 15% off the retail price of LASIK or PRK. LASIK and PRK correction procedures provided by the U.S. Laser Network, owned by LCA-Vision.
- LASIK or PRK vision correction is an elective procedure; this discount may not always be available from a provider in the member's immediate area.
- Limitations/Exclusions: Discounts do not apply to disposable contact lenses. Orthoptic or vision training, subnormal vision aids and any associated supplemental testing; medical and/or surgical treatment of the eye, eyes or supporting structures; corrective eyewear required by an employer as a condition of employment; safety eyewear unless specifically covered under plan; and services provided as a result of any Worker's Compensation law.
- Discount is not available on frames where the manufacturer prohibits a discount.

### Walgreens Healthcare Clinic Discount* *(Not available in IL, WA and Puerto Rico)*
Members receive a discount on services when visiting participating Walgreens Healthcare Clinics. Services include vaccines, physicals, health screening and testing, treatment for a variety of conditions, monitoring and managing ongoing health conditions and many more.
- Board certified nurse practitioners or physician assistants will write prescriptions when clinically appropriate.
- This discount cannot be used in conjunction with insurance.

### Lab Services Discounts* *(Not available in IL, MD, NJ, NY, RI, WA and Puerto Rico)*
Members can save 20% - 80% on common lab services. Services include blood, fecal, urine, saliva and hair tests.
- Members must first order their test through DirectLabs.
- DirectLabs will refer members to the nearest Patient Service Center (PSC) for testing based on member's location.
- Confidential test results are available within 24 - 48 hours on most tests (mailed, faxed or uploaded to the member's MyDLS account).
- NOTE: The PSC will double bill at full price for the blood draw without the DirectLabs paperwork.

### 24/7 Telemedicine* *(Not available in WA)*
Consult a medical provider by phone, app or webcam at no additional cost! Call anytime, day or night for medical advice. Prescriptions when medically necessary for common medications can be written.
- **VERY IMPORTANT:** In the event of a life threatening emergency, call 911 or go to the nearest hospital emergency room for treatment.
- MeMD provides online medical consulations with physicians, nurse practitioners, and physician assistants who can write prescriptions when medically necessary and permitted by state law.
- MeMD is not an online pharmacy, and medications cannot be purchased or dispensed from MeMD directly.
- MeMD is not a replacement for your primary care physician or an annual doctor's office visit.
- MeMD is available 24/7 nationwide, subject to state regulations.

### Medical Concierge* *(Not available in WA)*
Members receive assistance with locating a provider, scheduling appointments and negotiating medical costs via a toll-free number.
- Members are responsible for payment of specific services arranged on a fee-for-service basis that are not covered by an insurance plan.
- Benefit does not recommend treatment, nor is it a replacement for any health insurance plan.
- Specific savings or results cannot be guaranteed.

* *This is NOT Insurance or a Substitute for Insurance. Get more information at racbenefitsplus.com.*

† *Must be a member in good standing at the time of event.*

### Additional Discount Benefits
Members can also save through the following benefits and services: Dining and Food Discounts, Savings on Local and Online Shopping, Discounts on Professional Services, Grocery Coupons, Discount Movie Tickets, Discounted Event and Amusement Park Admission, Roadside Assistance Reimbursement, Vehicle Service Savings, Rental Car Savings, Hotel and Lodging Discounts, Complimentary Legal Consultation and Discounted Attorney Fees, Legal Form Preparation Assistance, 1-800-flowers.com Discount, KidSecure Children's ID Kit and Pet Prescription Savings.

**I accept membership and acknowledge that I have read and accept the Disclosure above.**

**Notice:** With my signature below, I hereby enroll as a member of Benefit Services Association. I appoint the Secretary of the Association in office at any particular time as my proxy to receive notice of and attend all meetings of the members and vote on my behalf and to otherwise act for me in the same manner and with the same effect as if I were personally present. This proxy shall be valid until revoked at any time prior to voting at any meeting by executing and delivering a written notice of revocation to the Secretary of the Association, by executing and delivering a subsequently dated proxy to the Secretary of the Association or by voting in person.

Customer X _____ signature

Coworker X _____ signature

**I decline membership and I understand membership benefits do not apply to me.**

Customer _____ signature

Coworker _____ signature