# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IMPACT RTO FLORIDA, LLC,**

        Petitioner,

v.                                              Case No: 6:21-cv-2098-ACC-EJK

**GREGORY BAKER,**

        Respondent.

## ORDER

Upon a review of the docket, it appears that attorney William Webb, Jr. has not registered for participation in the Court's mandatory electronic filing system, as required by Local Rule 2.01(b)(1)(G) and the Administrative Procedures for Electronic Filing in Civil and Criminal Cases. Mr.Webb is hereby **ORDERED** to register with the Court's CM/ECF system within 14 days of the date of this Order, and file a paper certifying compliance with same. Once registered, the Clerk will no longer mail paper copies of filings.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 17, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties