UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
Case No. 6:21-cv-02098-ACC-EJK

| | |
|---|---|
| IMPACT RTO FLORIDA, LLC | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| GREGORY BAKER | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Petitioner IMPACT RTO FLORIDA, LLC, by and through undersigned counsel, hereby gives notice of filing of the proposed summons for Respondent GREGORY BAKER in this action on this 21st day of December, 2021.

Dated: December 21, 2021

                                            Respectfully submitted,

                                            /s/ *Cintia Calevoso*
                                            Cintia Calevoso, Esq.
                                            Cintia Calevoso, P.A.
                                            1101 Brickell Avenue
                                            Suite 800S
                                            Miami, Florida 33131
                                            Tel: (786) 999-2635
                                            cintia@calevosolaw.com
                                            Florida Bar No. 88576
                                            *Local Counsel for Petitioner*

                                            *and*

   /s/ *William W. Webb, Jr.*
WILLIAM W. WEBB, JR.
EDMISTEN & WEBB LAW
118 St. Mary's Street
2nd Floor
Raleigh, North Carolina 27605
Tel: (919) 831-8700
woodywebbjr@ew-law.com
N.C. State Bar No. 26814
*Special Appearance Counsel*

***Attorneys for Petitioner***