UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division
Case No. 6:21-CV-02098-ACC-EJK

IMPACT RTO FLORIDA, LLC )
)
    Petitioner, )
)
v. )
)
GREGORY BAKER )
)
    Respondent. )

## MOTION FOR SPECIAL APPEARANCE

William W. Webb, Jr., Esq. moves for special admission to represent IMPACT RTO FLORIDA, LLC ("Petitioner") in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Eastern District of North Carolina.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida nor have I initially appeared in the last thirty-six months in any case in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**EDMISTEN & WEBB LAW**

*/s/ William W. Webb, Jr.*
William W. Webb, Jr.
118 St. Mary's Street
2nd Floor
Raleigh, NC  27605
(919) 831-8700
woodywebbjr@ew-law.com

## LOCAL RULE 3.01(G) CERTIFICATION

I have NOT conferred with the opposing party as I am not in contact with him or his counsel (no appearance has been made on his behalf as of the date of this filing).

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney has served a copy of the foregoing *Motion for Special Admission* upon the following party via regular United States Mail, postage prepaid, addressed as follows:

Gregory Baker
1025 Eagle Lake Trail
Apt. 806
Port Orange, Florida 32129

This the 3rd day of January, 2022.

**EDMISTEN & WEBB LAW**

/s/ *William W. Webb, Jr.*
William W. Webb, Jr.
118 St. Mary's Street
2nd Floor
Raleigh, NC 27605
(919) 831-8700
woodywebbjr@ew-law.com