UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IMPACT RTO FLORIDA, LLC,**

    Petitioner,

v.                                        Case No: 6:21-cv-2098-ACC-EJK

**GREGORY BAKER,**

    Respondent.

## ORDER

This cause comes before the Court without oral argument on Petitioner's Motion to Appear *Pro Hac Vice* (the "Motion"), filed January 3, 2022. (Doc. 11.)

Upon consideration, the Motion to appear *pro hac vice* of William W. Webb, Jr., Esq. is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel admitted to appear *pro hac vice* must take the tutorial offered on the website before using the system.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2022.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE