# AFFIDAVIT OF SERVICE

| Case: 6:21-cv-02098-ACC-EJK | Court: United States District Court | County: Middle District of Florida | Job: 6512194 (211214) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Impact RTO Florida, LLC | | **Defendant / Respondent:** Gregory Baker | |
| **Received by:** Florida Executive Service | | **For:** Edmisten & Webb Law Firm | |
| **To be served upon:** Gregory Baker | | | |

I, Paul Strickland, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Caitlin Miller, Home: 1025 Eagle Lake Trl 806, Port Orange, FL 32129
**Manner of Service:**   Substitute Service - Abode, Jan 3, 2022, 2:30 pm EST
**Documents:**   Summons and Complaint (Received Dec 29, 2021 at 12:00am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Dec 30, 2021, 1:00 pm EST at Home: 1025 Eagle Lake Trl 806, Port Orange, FL 32129
Address is an apartment. No vehicles in assigned spot and no answer. Apartment manager confirmed Gregory Baker resides in unit #806.

2) Successful Attempt: Jan 3, 2022, 2:30 pm EST at Home: 1025 Eagle Lake Trl 806, Port Orange, FL 32129 received by Caitlin Miller. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'8"; Hair: Brown; Eyes: Brown; Relationship: Wife;
The door was answered by Caitlin Miller, spouse of Gregory Baker who was unavailable. The documents were sub-served to Caitlin Miller who was expecting the documents.

_____   01/04/22
Paul Strickland            Date

Florida Executive Service
6214 Yellowstone Dr
Port Orange, FL 32127
(386) 566-5100