# Exhibit 2

# United States District Court
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| IMPACT RTO FLORIDA, LLC | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 6:21-CV-2098-ACC-EJK |
| | ) |
| GREGORY BAKER | ) |
| | ) |
| Respondent. | ) |

## AFFIDAVIT OF WILLIAM WOODWARD WEBB, SR.

I, WILLIAM WOODWARD WEBB, SR., having been duly sworn, does hereby depose and state the following:

1. I am a senior partner in the law firm of Edmisten & Webb Law in Raleigh, NC and have been practicing law for fifty (50) years, primarily in federal court. I am a former Chief of the Civil Division of the United States Attorney's Office for the EDNC and am currently on the CJA Panel and a member of the Umbrella Local Rules Committee for the EDNC (having just been reappointed by Chief Judge Myers).

2. My involvement in the instant case has been peripheral at best since it is primarily being handled by my son, William Woodward Webb, Jr. (also a member of the CJA Panel) and Cintia Caleveso of the Florida Bar.

3. After the Arbitrator in this case issued his Interim Ruling I was asked to review it. What I discovered during my review was two (2) Arbitration Agreements, one containing two pages ("AA1") and one containing five (5) pages ("AA2"). Upon examination it seemed

1

clear to me that AA1 was the controlling, operative arbitration agreement as it unlike AA2 was signed by Mr. Baker and an Impact representative which came as a complete surprise to my son who thereupon examined both AA1 and AA2 and came to the same conclusion. He said that Mr. Baker's counsel had submitted AA2 as the controlling instrument, and he and Ms. Caleveso had just never had a reason to question the submission.

4. Hence, at my encouragement I suggested that he tender AA1 as the actual, governing arbitration agreement in response to the Arbitrator's request for input as to the issue of attorney's fees.

5. The foregoing is how it came to light that contractually the parties to the arbitration agreement agreed to bear their own attorney's fees.

FURTHER THE AFFIANT SAYETH NOT.

*William Woodward Webb, Sr.*

WILLIAM WOODWARD WEBB, SR.

Sworn to and subscribed before me
this 14th day of February, 2022.

*Allison Pritts*

Notary Public
Wake County, North Carolina
My Commission Expires:
8/23/2022

Allison Pritts
Notary Public
Wake County
North Carolina
My Commission Expires 8/23/2022

2