**Subject:** Fwd: Nichae Fair v. Rent-A-Center, Inc. - Case 01-21-0004-9722
**Date:** Wednesday, March 9, 2022 at 9:19:09 AM Pacific Standard Time
**From:** Woody Webb Jr <woodywebbjr@ew-law.com>
**To:** Cintia Calevoso <cintia@calevosolaw.com>
**Attachments:** image001.jpg

---------- Forwarded message ---------
From: **Mohammed Badwan** <mbadwan@sulaimanlaw.com>
Date: Tue, Nov 23, 2021 at 7:45 AM
Subject: RE: Nichae Fair v. Rent-A-Center, Inc. - Case 01-21-0004-9722
To: Woody Webb Jr <woodywebbjr@ew-law.com>, Marwan Daher <mdaher@sulaimanlaw.com>
Cc: CollinCegelka@adr.org <CollinCegelka@adr.org>, Shelli Perez Lorton <Shelli.PerezLorton@racfranchising.com>, Clinton Quillan <clinton.quillan@rentacenter.com>

Good Morning Woody,

Is it your client's position that no arbitration agreement exists? If so, then we will file in federal court.

To the extent one exists and your client is in possession of it, it should submit it to the AAA.

We have arbitrated with RAC over a dozen times. Accordingly, RAC's claim that there is no arb agreement would be very surprising.

We look forward to your response.

Regards,

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Direct Line (630) 575 - 8180
Fax (630) 575 - 8188
**Website: AtlasConsumerLaw.com**
Email: mbadwan@sulaimanlaw.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd. Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Woody Webb Jr <woodywebbjr@ew-law.com>
**Sent:** Monday, November 22, 2021 11:02 AM
**To:** Marwan Daher <mdaher@sulaimanlaw.com>
**Cc:** CollinCegelka@adr.org; Shelli Perez Lorton <Shelli.PerezLorton@racfranchising.com>; Clinton Quillan <clinton.quillan@rentacenter.com>; Mohammed Badwan <mbadwan@sulaimanlaw.com>
**Subject:** Re: Nichae Fair v. Rent-A-Center, Inc. - Case 01-21-0004-9722

Sure- an arbitration agreement was not provided nor was one signed by the customer. Therefore, my client is under no obligation to proceed forward with arbitration.

On Mon, Nov 22, 2021 at 11:54 AM Marwan Daher <mdaher@sulaimanlaw.com> wrote:

> Claimant respectfully requests a detailed explanation as to why Respondent does not believe an arbitration agreement applies here.
>
> Best Regards,
>
> **Marwan R. Daher**,
>
> Attorney at Law
>
> Atlas Consumer Law – a Division of Sulaiman Law Ltd.
>
> 2500 South Highland Avenue
> Suite 200
> Lombard, Illinois 60148