UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IMPACT RTO FLORIDA, LLC,**

        Petitioner,

v.                                 Case No.   6:21-cv-2098-ACC-EJK

**GREGORY BAKER,**

        Respondent.

_____

**ORDER TO SHOW CAUSE**

This cause comes before the Court upon review of the Amended Petition to Vacate an Arbitration Award or, in the Alternative, to Modify the Arbitration Award filed by Impact RTO Florida, LLC. (Doc. 6). In the Amended Petition, Impact states: "Jurisdiction of this matter is conferred on this court by Sections 10 and 11 of the Federal Arbitration Act ('FAA'), 9 U.S.C. §§ 10 and 11." (*Id.* ¶ 1). Based on review of the Amended Petition and the Supreme Court's recent opinion in *Badgerow v. Walters*, 596 U.S. ____ (2022), an issue is presented as to whether the Court has jurisdiction over this action.

Based on the foregoing, it is ordered as follows:

1. Petitioner Impact RTO Florida, LLC is **ORDERED** to show cause within 14 days why this case should not be dismissed for lack of jurisdiction.

2. Respondent Gregory Baker is **ORDERED** to file a response within 14 days of Impact's response to this show cause order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 1, 2022.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record